# United States Court of Appeals
## For the First Circuit

No. 14-1047

ÁNGELA RIVERA-CARRASQUILLO; JOSÉ HERNÁNDEZ-QUIÑONES; CONJUGAL PARTNERSHIP HERNÁNDEZ-RIVERA,

Plaintiffs, Appellees,

v.

CENTRO ECUESTRE MADRIGAL, INC., d/b/a Hacienda Madrigal; INTEGRAND ASSURANCE COMPANY; PASIÓN ECUESTRE, INC.; GERARDO CALDERÓN-LOZANO,

Defendants, Appellants,

FLORENCIO BERRÍOS-CASTRODAD; IRMA SARA CASILLAS; AGRO MONTELLANO, INC., CRIADERO LA GLORIA, INC.; EDGARDO VÉLEZ; RESTAURANTE EL ESTRIBO; CONJUGAL PARTNERSHIP BERRÍOS-CASILLAS,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on January 25, 2016 is amended as follows:

On page 5, line 24, replace "Id. at 27" with "Id."

On page 15, line 8, replace "Defendants" with "[d]efendants".

On page 15, line 12, insert the word "the" between "in" and "Report".

On page 16, footnote 13, line 4, replace "supra" with "supra".

On page 32, footnote 23, line 2, replace "judgement" with "judgment".